United States District Court
Southern District of Texas
**ENTERED**
June 16, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUSTY EUGENE DUKE, | § | |
| Movant/Defendant, | § § § | |
| v. | § | CIVIL ACTION NO. H-15-3692 |
| | § | (CRIMINAL NO. H-12-272-07) |
| UNITED STATES OF AMERICA, | § § | |
| Respondent/Plaintiff. | § | |

## FINAL JUDGMENT

In accordance with the court's Findings of Fact and Conclusions of Law, Duke's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody (Docket Entry No. 1453) is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**.

Because, as explained in the Findings of Fact and Conclusions of Law, none of the claims raised by Rusty Eugene Duke make a substantial showing of the denial of a constitutional right, Duke is **DENIED** a certificate of appealability.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 16th day of June, 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE