# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED

*May 05, 2021*

Nathan Ochsner, Clerk of Court

No. 20-20267

United States Court of Appeals
Fifth Circuit

**FILED**

May 5, 2021

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

RUSTY EUGENE DUKE,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-1280

---

ORDER:

Rusty Eugene Duke, federal prisoner # 15714-078, seeks a certificate of appealability (COA) to appeal the denial of his 28 U.S.C. § 2255 motion seeking relief from his sentence. The district court dismissed his motion, concluding that it lacked jurisdiction to consider it because it was successive and Duke had not obtained this court's authorization to file it.

To obtain a COA, Duke must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483 (2000). Where, as here, the district court dismissed his petition on procedural grounds, Duke is required to demonstrate "that jurists of reason would find it debatable whether the petition states a valid claim of

the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack*, 529 U.S. at 484.

Duke has not made the requisite showing. Accordingly, his motion for a COA is DENIED.

GREGG COSTA
*United States Circuit Judge*

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 05, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-20267    USA v. Duke
                    USDC No. 4:20-CV-1280

Enclosed is an order entered in this case.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By:  _____
                    Jann M. Wynne, Deputy Clerk
                    504-310-7688

Mr. Rusty Eugene Duke
Ms. Carmen Castillo Mitchell
Mr. Nathan Ochsner, Clerk